# United States Bankruptcy Court

## Southern District of New York

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| CARMEN HERNANDEZ, | ) | Case No. 18-11224-smb |
| | ) | |
| Debtor | ) | Chapter 11 |
| | ) | |
| Address    2063 Blackrock Avenue | ) | |
|             Bronx, New York 10472 | ) | |
| | ) | |
| Last four digits of Social Security or Individual Tax-payer Identification | ) | |
| (ITIN) No(s).,(if any): xxx-xx-1634 | | |

## NOTICE OF MOTION SEEKING AN ORDER PURSUANT TO 11 U.S.C. §1112(b) DISMISSING THIS CHAPTER 11 CASE

The Chapter 11 debtor, Carmen Hernandez, has filed papers with the court seeking the entry of an Order pursuant to 11 U.S.C. §1112(b) of the United States Bankruptcy Code dismissing this Chapter 11 bankruptcy, together with such other relief as this Court may deem just and proper.

**Your rights may be affected**. **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to enter an Order pursuant to 11 U.S.C. §1112(b) of the United States Bankruptcy Code dismissing this Chapter 11 bankruptcy, together with such other relief as this Court may deem just and proper, or if you want the court to consider your views on the motion, then on or before March 26, 2019, you or your attorney must:

File with the court a written request for a hearing *or, if the court requires a written response*, an answer, explaining your position, at:

**United States Bankruptcy Court**
**One Bowling Green**
**New York, New York 10004**

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also send a copy to:

Mark E. Cohen, Esq.
Attorney for Chapter 11 Debtor
108-18 Queens Boulevard, 4th Floor, Suite 3
Forest Hills, New York 11375

Attend the hearing scheduled to be held on April 2, 2019, at 10:00a.m. in Courtroom 723 at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004

Other steps required to oppose a motion under local rule or court order.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Dated: Forest Hills, New York
March 4, 2019

**MARK E. COHEN, ESQ.**
By: _/s/ Mark E. Cohen, Esq._
Attorney for Chapter 11 Debtor
108-18 Queens Boulevard
4th Floor, Suite 3
Forest Hills, New York 11375
Telephone (718) 258-1500