UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                              Case No. 18-11224-smb

CARMEN HERNANDEZ,                                   Chapter 11

      Debtor.
-----------------------------------------------------------X

## AFFIDAVIT IN SUPPORT OF AN ORDER
## DISMISSING CHAPTER 11 BANKRUPTCY

STATE OF NEW YORK    )
                                ) ss.:
COUNTY OF QUEENS    )

      CARMEN HERNANDEZ, being duly sworn, hereby deposes and says that:

      1. I am the Chapter 11 debtor herein having filed a Petition on April 29, 2018, and I am submitting this Affidavit in support of request seeking a dismissal of this Chapter 11 case.

      2. This case was never converted pursuant to sections 706, 1112 or 1208 of the United States Bankruptcy Code.

      3. This Chapter 11 case was commenced to allow the opportunity to seek modifications of those mortgages secured by the real properties known as 2050 Watson Avenue, Bronx, New York and 1106 Pugsley Avenue, Bronx, New York. As I have not yet been able to obtain the modifications, I am now seeking to have my Chapter 11 bankruptcy case dismissed.

      4. I understand, and it has been fully explained to me by my attorney, MARK E. COHEN, ESQ., that upon the dismissal of this Chapter 11 case, that I will no longer have the benefits and protection as provided to me by the United States Bankruptcy Code, including the protections available pursuant to 11 USC §362. Nonetheless, I am instructing my attorney to proceed with the dismissal of this Chapter 11 case.

WHEREFORE, you deponent respectfully prays for an Order dismissing this Chapter 11 case, together with such other and further relief as this Court deems just and proper.

_____
Carmen Hernandez

Sworn to before me this
28th day of February, 2019.

_____
Notary Public

MARK E. COHEN
Notary Public, State of New York
No. 02CO4933573
Qualified in Nassau County
Commission Expires Sep. 21, 20 21