UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

In re:

CARMEN HERNANDEZ,

Debtor.

-------------------------------------------------------X

Case No. 18-11224-smb

CHAPTER 11

## DECLARATION OF CARMEN HERNANDEZ IN ACCORDANCE WITH THE FINAL DECREE AND ORDER CLOSING THE CHAPTER 11 CASE

I, CARMEN HERNANDEZ, declare and state as follows:

1. I am the debtor and debtor in possession ("Debtor") in the above-captioned Chapter 11 case, which was commenced on April 29, 2018.

2. That for the period of April 29, 2018-April 30, 2018 the actual amount of disbursements was $0.00.

3. That the monthly operating report for the month of March 2019 was filed with the Court and appears as item #65 on the docket and shows disbursements of $27,000.25 for the month.

4. That for the period of April 1, 2019-April 2, 2019 the actual amount of disbursements was $0.00.

5. That the Debtor will pay such fees as is due to the Office of the United States Trustee in accordance with the United States Trustee quarterly fee schedule.

6. I hereby certify under penalty of perjury that the foregoing statements are true and accurate to the best of my belief, knowledge and information.

Dated: April 10, 2019

*Carmen Hernandez*
CARMEN HERNANDEZ

1